EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                        | 2019 TSPR 212    |
|                               |                  |
| Luis R. Rivera Rodríguez      | 203 DPR _____    |

Número del Caso: TS-7373

Fecha: 15 de noviembre de 2019

Abogado de la parte peticionaria:

      Por derecho propio

Materia: Reinstalación al ejercicio de la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | | |
|--------|---|---|
| Luis R. Rivera Rodríguez | TS-7373 | |

RESOLUCIÓN

En San Juan, Puerto Rico, a 15 de noviembre de 2019.

Evaluado el *Informe Final sobre el Estado de la Obra Notarial Incautada del 4 de noviembre de 2019* y la *Moción Solicitando Reinstalación al Ejercicio de la Notaría* del 8 de noviembre de 2019, se reinstala al licenciado Rivera Rodríguez al ejercicio de la notaría, condicionado a que presente evidencia de que posee una fianza notarial vigente de conformidad con el Artículo 7 de la Ley Notarial de Puerto Rico, 4 LPRA sec. 2011.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo